DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LAUREN GOOLSBY,**
Appellant,

v.

**JASON KNOWLES,**
Appellee.

No. 4D22-1259

[September 15, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sarah Willis and Cheryl Caracuzzo, Judges; L.T. Case No. 502020DR002685XXXNB.

Craig A. Boudreau of Boudreau Law, West Palm Beach, for appellant.

Nicole Nicolette Mace and Curt Sanchez of The Law Offices of Curt Sanchez, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***